**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**Tel: (623) 939-6546**
**Fax: (623) 939-6718**
**Email: lawoffice@joecharles.com**

Joseph W. Charles
State Bar #003038
Attorneys for Debtor/Movant

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>TODD SCOTT PIERSON,<br><br>           Debtor.<br>_____<br>TODD SCOTT PIERSON,<br><br>           Movant,<br><br>vs.<br><br>KEYBANK,<br><br>           Respondent. | Chapter 13 Proceedings<br><br>Case No. 2:09-bk-22447-EWH<br><br>**NOTICE OF FILING MOTION TO AVOID LIEN**<br><br>RE: For the Third Deed of Trust on Real Property Located at<br>10635 w. Lone Cactus Drive<br>Peoria, Arizona  85382 |

**TO DEBTORS/MOVANT, DEBTOR/MOVANT'S COUNSEL
AND THE TRUSTEE AND OTHER PARTIES-IN-INTEREST**

    NOTICE IS HEREBY GIVEN pursuant to Local Rules of the United States Bankruptcy Court, Rule No. 4001-1(d), the Debtor/Movant has filed a Motion to Avoid Lien in the above-referenced Chapter 13 proceeding.

– 1 –

Any objection or response to the Motion to Avoid Lien must be in writing and the original filed with the Clerk of the United States Bankruptcy Court, with a copy served upon Debtor/Movant's attorney, JOSEPH W. CHARLES, P.C., 5704 W. Palmaire Avenue, Glendale, Arizona, 85311.

NOTICE IS HEREBY FURTHER GIVEN that if no objection or response to the Motion to Avoid Lien is filed within twenty-three (23) days of the date of service of this Notice of Filing, Debtor/Movant's request that a dismissal may be granted without a hearing, upon the Debtor/Movant's filing a certificate of service and no objection.

DATED this 11th day of June, 2010.

**JOSEPH W. CHARLES, P.C.**

By: /s/ Joseph W. Charles
JOSEPH W. CHARLES
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311
Attorney for Debtor/Movant

The foregoing was electronically filed
with the Clerk of the Court and a
copy was mailed this 11th day of
June, 2010, to:

All parties listed on the master mailing matrix attached; and

KeyBank
c/o Weltman, Weinberg & Reis Co., LPA
323 W. Lakeside Avenue, 2nd Floor
Cleveland, OH  44113-1306

KeyBank
c/o Henry l. Meyer III
Chairman, President and CEO
127 Public Square
Cleveland, OH  44114-1306

KeyCorp
c/o Henry L. Meyer III
Chairman, President and CEO
127 Public Square
Cleveland, OH  44114-1306


 /s/  S. Watkins